AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

   In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION          [ ] APPEAL | COURT NAME AND LOCATION |
|---|---|
| | U. S. District Court, District of Utah |
| DOCKET NO. | DATE FILED | 350 South Main St. Room 150 Salt Lake City, UT 84101 |
| | | Salt Lake City, Utah 84101 |
| PLAINTIFF | DEFENDANT |
| BWP Media USA Inc. d/b/a Pacific Coast News and National Photo Group, LLC | HUBBARD BROADCASTING, INC., KSTP-AM, LLC and Hubbard Radio, LLC |

| COPYRIGHT REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. VA0001836372 | | National Photo Group, LLC |
| 2. VA0001848033 | | National Photo Group, LLC |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>       [ ] Amendment          [ ] Answer          [ ] Cross Bill          [ ] Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
| 1 | | |
| 2 | | |
| 3 | | |

   In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| [ ] Order      [ ] Judgment | [ ] Yes          [ ] No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s) mail copy to Register of Copyrights
3) Upon termination of action mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy