EXHIBIT# 1 - National Photo Group, LLC v. Hubbard Radio, LLC

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 6 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10235378<br>Date Taken: 09/26/2012<br>Photo Description: A picture of Jason Aldean with Brittany Kerr.<br>Cpoyright Application Date: 10/01/2012<br>Application Number: 1-830916271<br>Copyright Registration Date: 10/01/2012<br>Registration Number: VA0001836372 | Domain: www.wil92.com<br>URL: http://www.wil92.com/tag/jason-aldean/<br>Observed Date: 04/11/2013 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#2 OF 6** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10235353<br>Date Taken: 09/26/2012<br>Photo Description: Jason Aldean and Brittany Kerr get very cozy.<br>Cpoyright Application Date: 10/01/2012<br>Application Number: 1-830916271<br>Copyright Registration Date: 10/01/2012<br>Registration Number: VA0001836372 | Domain: www.wil92.com<br>URL: http://www.wil92.com/2012/10/01/jason-aldean-scandal/<br>Observed Date: 06/25/2013 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#3 OF 6** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10235378<br>Date Taken: 09/26/2012<br>Photo Description: A picture of Jason Aldean with Brittany Kerr.<br>Cpoyright Application Date: 10/01/2012<br>Application Number: 1-830916271<br>Copyright Registration Date: 10/01/2012<br>Registration Number: VA0001836372 | Domain: www.wil92.com<br>URL: http://www.wil92.com/2012/10/01/jason-aldean-scandal/<br>Observed Date: 06/25/2013 |  |

EXHIBIT# 1 - National Photo Group, LLC v. Hubbard Radio, LLC

| COPYRIGHTED IMAGE | INFRINGEMENT#4 OF 6 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3132393<br>Date Taken: 10/10/2012<br>Photo Description: A pregnant Holly Madison is seen carrying pumpkins from grocery shopping at her local Whole Foods market.<br>Cpoyright Application Date: 11/19/2012<br>Application Number: 1-844507495<br>Copyright Registration Date: 11/19/2012<br>Registration Number: VA0001848033 | Domain: www.1500espn.com<br>URL: http://www.1500espn.com/link/holly_madison_shows_her_perfect_pumpkins<br>Observed Date: 06/07/2013 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#5 OF 6** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10235378<br>Date Taken: 09/26/2012<br>Photo Description: A picture of Jason Aldean with Brittany Kerr.<br>Cpoyright Application Date: 10/01/2012<br>Application Number: 1-830916271<br>Copyright Registration Date: 10/01/2012<br>Registration Number: VA0001836372 | Domain: www.wil92.com<br>URL: http://www.wil92.com/tag/cheating/<br>Observed Date: 06/27/2013 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#6 OF 6** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10252841<br>Date Taken: 05/26/2013<br>Photo Description: Olivia Wilde and her fiance Jason Sudeikis enjoying the beach during Memorial Day Weekend in Hawaii.<br>Cpoyright Application Date: 08/15/2013<br>Application Number: 1-979929491 | Domain: www.1500espn.com<br>URL: http://www.1500espn.com/link/olivia_wilde_is_good_at_working_the_paddle<br>Observed Date: 09/09/2013 |  |

x